IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00101-ZLW-MJW

JAMES A. STEVENSON,

Plaintiff(s),

v.

XCEL ENERGY INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Motion to Amend Claim Pursuant to F.R.C.P. [sic], docket number 14, filed with the court on April 25, 2006, is GRANTED.

    It is FURTHER ORDERED that the Plaintiff shall **file** the accepted Amended Complaint with the Court on or before June 5, 2006.

Date: May 31, 2006