IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00101-ZLW-MJW

JAMES A. STEVENSON,

Plaintiff(s),

v.

XCEL ENERGY INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion to Modify Scheduling Order, DN 19, filed with the court on July 13, 2006, is GRANTED.  The Scheduling Order is amended as follows:

a.  The discovery cutoff date is extended up to and including September 11, 2006;

b.  The dispositive motions deadline is extended up to and including September 22, 2006; and,

c.  The amendment of pleadings shall be completed on or before September 1, 2006.

Date:  July 21, 2006