IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00101-ZLW-MJW

JAMES A. STEVENSON,

    Plaintiff,

v.

XCEL ENERGY INC.,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own fees and costs.

    DATED at Denver, Colorado, this __11__ day of October, 2006.

                                                  BY THE COURT:

                                                  *[signature]*

                                                  _____
                                                  ZITA L. WEINSHIENK,  Senior Judge
                                                  United States District Court